AO 442 (Rev. 11/11) Arrest Warrant

1236997

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Dale Jeremiah Shalvey (AKA: DJ)

Defendant

)
) Case: 1:21-mj-00230
) Assigned to: Judge Faruqui, Zia M
) Assign Date: 2/12/2021
) Description: COMPLAINT W/ARREST WARRANT
)
)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Dale Jeremiah Shalvey,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
18 U.S.C. § 1752(a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:   02/12/2021

2021.02.12 14:34:45 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 02/12/21, and the person was arrested on *(date)* 03-9-21
at *(city and state)* WASH DC

Date: 3-10-21

*Arresting officer's signature*
PEWNE

COREY WILLIAMS
*Printed name and title*