UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 21-334 (TJK) |
| | ) | |
| DALE JEREMIAH SHALVEY, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel, Dani Jahn, Assistant Federal Public Defender, respectfully moves this Honorable Court for an Order granting her request to withdraw as counsel in this case. On March 10, 2021, undersigned counsel filed a Notice of Appearance after it had previously been determined that Mr. Shalvey qualified for appointed counsel. *See* ECF #5. On September 10, 2021, three notices were filed indicating that Mr. Shalvey had retained counsel. *See* ECF #21, 22, & 23.

**WHEREFORE**, it is respectfully requested that Dani Jahn, Assistant Federal Public Defender, be permitted to withdraw as counsel now that Mr. Shalvey has retained counsel.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500