

604 E 4th Street, Suite 101
Fort Worth, TX 76102
p: 682-777-3336
f: 682-238-5577

coferluster.com

Cody L. Cofer, Attorney
ccofer@coferluster.com

James Luster, Attorney
jluster@coferluster.com

May 4, 2023

*Via CM/ECF and Email*
District Court Timothy J. Kelly
333 Constitution Ave., N.W.
Washington, DC 2001
Katrina_harris@DCD.uscourts.gov

**RE:    Support Letters for Sentencing**
Case: U.S.A. v. Dale Jeremiah Shalvey
Case Number: 1:21-CR-00334-TJK-1

Dear Judge Kelly:

Please find attached letters written by family and friends in support of Dale Jeremiah Shalvey. We request the Court consider these letters in arriving at the appropriate sentence in Mr. Shalvey's case. Attached you will find letters from:

*Family*
1. Nina J. Shalvey – Sister;
2. Bernard G. Shalvey – Uncle;
3. Bernard Shalvey, Jr – Cousin;
4. Christopher D. Knight – Second cousin;

*Professional Contact*
5. Susan C. Herrick, Shalvey's sociology professor at West Liberty University;

*Representative Friends*
6. Hunter Ward, former roommates and coworker during 2019 a regenerative farming internship;
7. John Whaley, friend from church;
8. John B. Hughes, friends for almost 10 years, met while rock climbing;
9. Emerita Dr. Regina E. Schulte-Ladbeck, friend, met while rock climbing;
10. Ethan Lane, former roommates and coworker during 2019 a regenerative farming internship;
11. Chris Figaretti, friend for over 20 years;
12. Vicki Gruver, neighbor and church friend;
13. David A. Gruver, church friend;
14. Zebulun Thomas, pastor and spiritual advisor;
15. David C. Gruver, lead pastor at New Life Christian church;
16. Dennis Scott Bell, associate pastor at New Life Christian church; and
17. Kenneth Peralta, friends since 2013, met during a community greenhouse project.

Should the Court need additional information about the content or author of any letter, I will gladly address inquiries or concerns.

Sincerely,

Cody L. Cofer,
Cofer Luster Law Firm, PC

CC: United States Attorney, United States Probation officer



The Honorable Timothy J. Kelly
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N.W.
Washington, DC  20001

**RE: United States v. Dale Jeremiah Shalvey; 1:121-cr-00334-TJK**

Dear Judge Timothy J. Kelly:

I am Dale Shalvey's sister.  I am writing to tell you what a blessing he has been to me.  I am a single mom to a 6-year-old son. His name is Colton and he started kindergarten this year.  Last summer, I had to spend two weeks in jail.  My brother was a savior to me as I did not have many options as to where he could go.  He and his wife, Tara, took Colton into their home and took a load off my mind.

He came home as happy as I have ever seen him and all he could talk about was all the fun he had catching chickens and ducks and riding the tractor with Uncle DJ.  DJ really loves my son and would have kept him forever if I let him.

Thank you, sir, for letting me send this to you.  I thought you should know.

Respectfully,

Nina J. Shalvey
125 Sutton Court
Statesville, NC 28677
(980) 362-4405

The Honorable Timothy J. Kelly
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N.W.
Washington, DC  20001

**RE: United States v. Dale Jeremiah Shalvey; 1:121-cr-00334-TJK**

Dear Judge Timothy J. Kelly:

I am Dale Shalvey's uncle, and I am writing to share some information about the history of our relationship and his character.  His mother is my younger sister.  I am currently the National Account Manager for Saint Gobain, a building materials manufacturer.  I grew up in Wheeling, WV, attended Penn State University and have worked in the building materials industry for 40 years.  I was a member of the football team at Penn State and a graduate assistant coach under Joe Paterno.  I currently live in Mooresville, NC, where I was transferred by my company in 2002.

I am the eldest of three children.  My mother passed away when I was 13, and my father, when I was 18.  This was devastating enough for me, but this was the defining event in the life of my sister.  After graduating high school, she descended into a life of drugs.  This is the environment into which Dale was born.  He had an absentee father, who showed up on occasion and was abusive to my sister, Dale and Dale's sister.  He has finally been in counseling over the past two years for these childhood experiences. I did what I could to attend to their physical needs and with the help of social services, they had the basics of life. I bought the house that they lived in, and I repaired it as necessary.  Living at a distance, I was unaware of the trauma that was evolving due to the drug use of his mother.

Through the early years, I attempted to be a supportive uncle.  Our families visited back-and-forth for holidays and Dale spent one summer with us.  During that trip, he accepted Jesus as his Savior at a church camp.  He is a strong Christian.  I also developed a relationship with Dale centered around sports.  He played Little League baseball and football through high school.  I took him to college games and emphasized the importance of education. As I had become a mentor, I was thrilled when he attended West Liberty University, Wheeling, WV (where his grandmother was previously a professor) and then attended West Virginia University where he became a certified arborist. After college, his sports interests expanded to include rock climbing, fly fishing, and cycling, both road and mountain biking. He was also a whitewater rafting guide.  He was popular and widely embraced by his friends in all these communities.

Starting in high school, he discovered the talent he had with his hands.  Out of necessity, he learned to keep the family car running as well as plumbing and electrical in their home.  His work as an arborist, took him high into the canopy of trees.  Once he realized the rigors and dangers of that life, he taught himself the skills of woodworking.  He borrowed money from me for equipment and a location to start a wood shop where he made all types of high-end furniture.  His most notable sales were a conference room table for the Bank of Wheeling and a bar, table and chairs for a local restaurant.  In addition, he transformed two Sprinter vans into live-in recreational vehicles. He made monthly

payments to me to fulfill his financial obligations. Unfortunately, Wheeling, WV is not a great market for high-end furniture and eventually, he knew he had to move to a different location or field of endeavor.

As he is an avid reader, learner and lover of nature and the outdoors, he became intrigued with sustainable, organic farming. To pursue this vision, he volunteered for an unpaid summer internship at Polyface Farm near Staunton, VA. Following the internship, he leased land in southwest Pennsylvania and began raising chickens and turkeys on open pasture.

In 2005, I had moved his mother and sister to North Carolina, at the request of Dale. His mother's drug lifestyle had deteriorated, and she was no longer capable of coping with life. We were able to get her clean and she has remained clean for over 15 years. I mention this as it weighed in Dale's decision to move to North Carolina. Simply stated, he wanted to be closer to his family…me and his mother.

In March of 2021, I purchased 30 acres of land with a house. Dale and his fiancé at the time (they married in the summer of 2021) are my tenants and started a farm based on sustainable, pasture raised beef and poultry. They have been running this farm and supplying a food co-op, a grocery store and two farmer's markets with turkey, duck, chicken and potatoes. They process all the birds themselves; a skill he learned at his internship. They have approximately 20 cows which are not yet ready for market. This farm has been a draw for the community and many interested people and customers stop to see and tour the operation and volunteer to help with chores and improvements.

Dale has improved the property immensely. He replaced all the plumbing and electrical in the house and an outbuilding (former gas station) as well as put a new roof on the outbuilding. He has a sawmill and is milling logs (another skill) to create the lumber which he is using to build a barn himself. The barn is currently 50% complete. He also used the wood to create furniture, cutting boards, and others.

I live an hour from the farm and spend approximately every other Saturday with Dale working on projects. At the end of this year, I will retire and intend to spend much more time at the farm helping Dale and Tara build their business. He continues to amaze me with what he knows about the living environment and the animals that he raises. He is kind and generous with his neighbors and friends. He has given tours and explained his farming practices on at least a dozen occasions for me when I have brought guests. He has a vision of the future for a thriving enterprise. In addition, it is Dale and his wife's intention to use this farm to conduct camps for fatherless boys for learning farming skills and animal husbandry. His nephew, Colton Gibbs, being raised by a single mother, spent several weeks on the farm this past summer. Dale was very upset and sad when Colton had to leave. He is a very compassionate and family-oriented man.

I was stunned, along with our entire country, to watch the events of January 6, 2021. The breech of the Capital, the disrespect and violence against the police and the destruction of property was astonishing. I will never forget that day. I have had many conversations with Dale about this. He has been very sad and remorseful for the past two years and wishes that he had never gone to Washington. He has expressed to me that his dream is to never leave the farm again. He has found a place where he

is at peace and will make a great contribution to his community and raise a wonderful family.  I believe that he is on a solid trajectory for the future after his penalty is behind him.

Please contact me if you have any questions.  Thank you very much for the time you have taken to read this letter.

Respectfully,

Bernard G. Shalvey
107 Sterling Oak Ln.
Mooresville, NC  28117
(704) 779-7337

To whom it may concern,

My name is Bernard Daniel Shalvey and I am the cousin of Dale Jeremiah Shalvey, who I know as DJ. I have known DJ since I was a child and was acquainted with DJ before I can remember. I am writing in attestation to his character based on my experiences with him. In March of 2011 I was offered a job by DJ to work with him as a manual laborer for his arborist company, which I accepted. Prior to this offer, at eighteen years old, I was struggling to find purpose or direction. DJ saw the difficulties I was facing and recognized that there was an opportunity for him to help. I moved from my home in North Carolina to live with DJ in Wheeling, WV for several months. During that time DJ modeled an outstanding work ethic. We would work most days of the week doing tree removals. He allowed me to live with him free of charge, and provided structure in my life that was previously lacking. He was consistent in his work affairs and also demonstrated professionalism and outstanding relationships to the clients he served. He encouraged me throughout that time to determine goals for my life. This encouragement came to an apex when DJ offered me five-hundred dollars to move back home and begin community college. DJ noticed the potential I had for education and was the catalyst that lead me to pursuing education. This pursuit was the beginning of my education that has now resulted in: a B.A. in psychology, a M.S. in counseling and several counseling licenses. I want to iterate clearly that DJ is good in nature and has a genuine desire to see the good he possesses innately, to be reflected in the world. I recommend considering my experience with DJ as an attestation to the good nature of his character as it certainly has impacted my life in a tremendously positive way.

Sincerely,   *Bernard Shalvey*

Bernard Shalvey M.S. LCMHC-A, LCAS-A, NCC

Contact information: Bernard_shalvey@aol.com

January 8, 2023

The Honorable Timothy J. Kelly

U.S District Court for the District of Columbia

E. Barrett Prettyman U.S. Courthouse

333 Constitution Ave., N. W.

Washington, DC 20001

Re: United States v. Dale Jeremiah Shalvey; 1:121-cr-00334-TJK

Dear Judge Timothy J. Kelly:

I am Christopher D. Knight; Dale (DJ)Shalvey second cousin. I have known DJ(Dale) since his birth. DJ(Dale) Mother Nanette Shalvey is my first cousin and but more like my sister. I have watched DJ(Dale) grow up in Wheeling, West Virginia and attend college at West Liberty University, West Liberty, West Virginia. DJ(Dale) started a custom furniture business in Wheeling through his interest as an Arborist. I interacted with DJ(Dale) routinely has he matured through his twenty's both personally and professionally. DJ(Dale) worked and lived with my 94 y/o father David G. Knight at our family farm in Jefferson Pennsylvania in 2018 before his attended his agriculture Internship in Charlottesville, Va... During the time DJ(Dale) lived with our family he professionally remodeled three bathrooms and the basement in our family home. During this time living with our family, both my father and I grew remarkably close to DJ(Dale) and was always impressed at his strong work ethic and determination in both farming and as an incredibly talented remodeler. DJ(Dale) is very smart and a resolute friend and relative. My father considers him a grandson. Over the years as Dale started his poultry business, my father provided him an old hay wagon that DJ(Dale) was able to retrofit to allow his turkeys to perch. Also, in the last year my dad provided him an old International Tractor to use on his farm in North Carolina. My father is a retired Grocer/ professional Butcher. He had an old meat grinder and scale from the store that his gave to DJ(Dale) for his poultry production on his farm in North Carolina so he can support himself, wife, and growing family. We all are immensely proud of DJ(Dale) for his multiple talents, he has taught himself over the years. My father talks about him as very often with fondness and good memories.

My understanding of the deep trouble DJ(Dale) has gotten himself into, mostly from the local newspaper following what is publicly available information  I realize the how serious DJ(Dale) involvement from his mother Nanette. Between my father and I providing DJ(Dale) farming equipment and meat processing equipment for assistance to allow him to earn a living in from his talents and challenging work, in which he is currently financially supporting his family.

RE: United States v. Dale Jeremiah Shalvey; 1:121-cr-00334-TJK (page 2)

In conclusion, I know that DJ(Dale) is deeply regretful on his involvement and actions in his case. I am confident that DJ(Dale) can get his life back on track for his wife and family.

Respectfully,

Christopher D. Knight

1119 Canterbury Trail

Richmond, Indiana 47374

(304) 433- 5024

P.O. Box 6533
Wheeling, WV 26003
304-336-7555
Dr.SusanHerrick@protonmail.com

March 23, 2023

The Honorable Timothy J. Kelly
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., NW
Washington, DC 20001

RE:  United States v. Dale Jeremiah Shalvey; Case 1:121-cr-00334-TJK

Dear Judge Kelly:

I am writing to you on behalf of Dale Jeremiah Shalvey, who was my student in several of my sociology classes at West Liberty State College cum University (WLU) twenty years ago.  Over the years we have developed a friendship because of our shared Christian faith and critical analysis of social issues.  In the early years, he revealed his most troubling childhood.  Despite being gravely neglected by a mother who was a deeply disturbed drug addict, Jeremiah has conquered many barriers to his becoming a healthy, vigorous and accomplished man, who honors his mother. He has garnered the support of many persons who have rightfully seen his potential.

In addition to his B.A. from WLU, Jeremiah (as he wishes to be called) earned an arborist certificate from West Virginia University. He has honed skills in furniture making, salvaging huge trees, curing the wood in his own handmade kiln and creating designs that reveal the unique character of the wood.  I visited his enterprise and saw the beautiful results of his efforts.  In addition, he has taught rock climbing (appearing on the cover of Wheeling Magazine) and is now raising meat poultry and cattle with his wife in North Carolina. He is industrious in developing his farmland and teaching members of the surrounding community ecologically sound methods of taking care of the land and raising animals.

When Jeremiah called me telling me of his involvement in January 6th, I was quite alarmed and was reluctant to immediately (and did not) supply funding for legal fees.  I am gratified that he has admitted his wrongdoing, that he had not prayed about this involvement in what seemed to him, at the time, an act of patriotism.

Since January 6th, Jeremiah and his wife Tara have become community leaders, who are beloved by their church and neighbors.  Jeremiah is a passionate person who made a bad decision.  I was gratified to learn of his contrition.  I firmly believe that incarceration would deprive the community and his young family (their baby was born in March of this year) of an exemplary person who serves others.

Thank you for your consideration of my letter. I am willing to come forward in person and to be contacted if I may be of further service in this matter.

Sincerely,

*Susan C. Herrick*

Susan C. Herrick, Ph.D.
Professor Emerita of Sociology
of West Liberty University

Dear Judge Timothy J. Kelly,

Thank you for your time and attention in reviewing this character letter for Dale Jerimiah Shalvey who is affectionately known as DJ in my family.

## When is it ok to storm the Capitol?

This is a question that I have pondered with great intent in the aftermath of Jan 6th. When this story broke, I remember the shock I felt. I felt distant, like I was in another country. How was there blood on the streets at my Capitol? The news outlets were bustling with all of their professional commentators, and all of the media was united in conclusion and confidence with an answer to this question. That answer was "always, never." There were no exceptions.

I don't believe someone can hold the answer "always, never" and believe in an absolute democracy. There could be a day when the duties bestowed on the elected could be so neglected and egregious that regular citizens must stand up and take action.

Jan 6th was not that day. There were good, regular patriots mixed in the madness of that day. DJ was one of those good people, and he has shared his personal regret over his involvement in this day. Undoubtedly, some of those good people committed individual crimes and are worthy of punishment. In light of that, I'm glad I don't have your job! My simple plea is that you see the anomaly of DJ's involvement in the events of Jan 6th and take into account the juxtaposition of his everyday life compared to Jan 6th. I pray that I can do him justice as a friend and fellow patriot and shine light on this stark contrast!

## Let me introduce you to DJ

DJ has the physical appearance of something akin to a bear. His broad and dense physique is easily recognized as a strong man, but his glowing smile and bright eyes show you something deeper immediately. He emits a sense of joy, and it is palpable. He is an intelligent and passionate man with a broad knowledge of the world. Our conversations are always deep and meaningful until they turn silly, and we start laughing. Once this happens, all is lost and my goal is to get DJ to his uncontrollable state of laughter where he almost loses consciousness. We have spent hours in this state. It's something that most are too serious to understand, but it is truly healthy, and I thank DJ for these times. Even in the serious conversations we have had around the topic of Jan 6th and what that means for DJ's future, we always diverge into something

light hearted and usually end the conversation on how we feel about God's plan in our lives.

DJ and I met in October 2018 at a regenerative farm internship interview. We were both selected, and we were roommates for 5 months in the summer of 2019. We hit it off instantly. We connected over our interest in farming, forestry, and Christian values. I was fresh out of the oil and gas industry where I had left my career as a Sr. Subsea Engineer to pursue a life on the farm. Likewise, DJ was pursuing a farm future. He was crystal clear in his goals for his soon to be future on the farm.

He was single at the time. I remember him wanting a wife, but his expectations were too exact for what I thought was reasonable. He wanted a beautiful redhead with a nice butt; this was even his prayer to God. I know, crazy, right?

I remember when he was planning to meet Tara. They had connected over social media, and he had scheduled time to help her at her farm. Low and behold, he showed back up and told me he had met his future wife. Tara didn't know this yet, but DJ was confident. Fast forward to June 26, 2021 when DJ and Tara were married… and his crazy prayer was finally answered. They had a beautiful wedding on his new farm, and my wife and three children made the eight-hour drive to be present for a truly special and intimate union.

Back in 2019, our internship didn't go as planned, and most of the interns left discouraged in regenerative farming. This didn't stop DJ.  He wanted a successful poultry farm. This was to be the centerpiece of his farm business. I received a text in December of 2020 that he had put in an offer on a house and 30 acres in North Carolina (the farm he would later be married on and bury his 1st born). Fast forward to the close of 2023, and DJ and Tara had produced 3600 broiler chickens, 500 ducks,130 turkeys, and 5000 pounds of potatoes for their community. This farm also houses 21 beef, two hogs, and a woodworking outlet. DJ even handymans on the side to help support his family and offer a dying and needed service to the community.

DJ wants seven children! Although, I'm not sure Tara is completely on board. They started this painful journey last year when they lost their first son, Josiah, in January of 2022. The weight of that is beyond my understanding, but still… They persevere. They expect their next child in March of this year.

DJ has been clear that once his farm is profitable and stable enough, he will bring in forsaken youth to teach the tactile and visceral lessons that are required to make Godly men. You see, DJ had a painful childhood and didn't have the father to

teach him these things. He had to find out on his own; so, he understands the importance of these lessons more than most. Given DJ's propensity of meeting goals, I'd say this will happen sooner than later.

I hope now that you know DJ just a little better. I am writing to you and praying to God for leniency. I do this not on DJ's behalf for he is man enough to pay for his actions. I beg for leniency for his wife, for his unborn child, for the animals and land under his stewardship, for his church, and for his community. If I could arrogantly ask for a specific sentencing, it would be 100 years of farm labor. Everyone mentioned above would be better because of it, and he would do it with that glowing DJ smile.

I respect your decision. Thank you again for your time and attention.

Hunter Ward
Owner, 3rd Day Farms, LLC
Cell:334-447-2989
hunterward334@yahoo.com

March 10, 2023

The Honorable Timothy J. Kelly
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave. N.W.
Washington, DC  20001

**RE: United States v. Dale Jeremiah Shalvey; 1:121-cr-00334-TJK**

Dear Judge Timothy J. Kelly:

Thank you for the opportunity to speak on behalf of my good friend, Jeremiah.  My name is John Whaley and I have lived in Hickory, North Carolina for the past 13 years.  I served over 20 years as a pastor and am presently the Executive Pioneer for The Rooftop International, a global Christian ministry.

I have known Jeremiah for four years and we have become close friends.  Both of us are actively involved at New Life Community Church in Conover, North Carolina and see each other on a weekly basis.  We have also been in each other's homes on several occasions.  When my wife passed away in 2021, Jeremiah was there for me and assisted the church in planting an oak tree on the property in her honor.

When he and his wife, Tara, experienced the death of their first child, I walked with them through those difficult months.  We have cried together, prayed together, and laughed together.  And I, along with others, look forward to walking with them as they welcome the birth of their second child in the next few days.

I have come to know Jeremiah as a man of integrity who works hard, loves his family, and walks with God.  He is a man who cares about others and has a servant's heart.  He and his family are well loved and highly respected by our church community.

Being that my family has a rich history in law enforcement, I am well aware of the serious nature of the crime that he committed.  I also know that he regrets the decisions he made and desires to live a life that honors God and enriches the lives of others.

Thank you for taking the time to read my letter.  You are in my prayers as you consider your decision.  Please contact me if you have any questions or concerns.

Respectfully,

John Whaley
3721 22nd Street Ct. NE
Hickory NC  28601
828.638.5655

08 January 2023

The Honorable Timothy J. Kelly
United States District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N.W.
Washington, DC 20001

RE: United States v. Dale Jeremiah Shalvey; 1:121-cr-00334-TJK

Dear Judge Timothy J. Kelly:

The purpose of this character letter is to offer my written testimony as a positive character witness and request for mercy for my friend, Dale Shalvey, who I know as DJ Shalvey. I have personally known DJ Shalvey for approximately 10 years.

I'm a retired Naval Officer and served in the US Navy for 24 years on active duty and for 3 years in the Naval Reserves. I retired honorably with the rank of Commander in 2015 and I now live in Pittsburgh PA with my wife Dr. Regina Schulte-Ladbeck.

DJ Shalvey and I met at Seneca Rocks, West Virginia when I was rock climbing there. Rock climbers would meet at the front porch of the local climbing store after climbing and share stories from the day. That is how I got to know DJ. Through the years, I mostly saw him a couple of times a year at Seneca Rocks, sometimes here in Pittsburgh and also in Wheeling West Virginia at his place of business at the time. I did lose touch with him for about 2 years before the attempted insurrection occurred.

DJ and I have gone rock climbing together several times and he was always conscientious about safety and I think of him as someone that I can trust with my life as a climbing partner. I am very particular about who I climb with because of the inherent risks with climbing. I always felt and still do feel at ease and comfortable around DJ.

On one occasion, I visited DJ Shalvey's place of business when he was working in Wheeling, West Virginia, and I was very impressed with his wood working skills and his business. My wife and I helped him move some of his wood planks around when he needed help one time. But, unfortunately, his business failed and we wanted to help support DJ during that difficult time. We needed a fence built in our back yard, so we asked DJ Shalvey to build it for us. He did a fantastic job on our fence and on other work around our home. He always had a cheerful and kind attitude and always performed quality work. He was always friendly to talk to and a good communicator. We would also buy eggs and chickens from him when he was raising chickens and bought a genuinely nice wooden table that he had made that is sitting in our living room.

During my friendship with DJ Shalvey, I have experienced a kind, humble, compassionate and caring person who works hard and who is very thoughtful and respectful. DJ Shalvey has a good heart and he is a person who I trust. Whenever I see him, he gives me a big hug. The last time I

1

saw him, my wife and I attended his wedding and we met his wife Tara along with Tara and DJ's families.  I'm very happy for him in that respect and I really hope the best for him and his family.

As a retired Naval Officer, who swore an oath to protect the constitution of the United States, I strongly condemn the insurrection, violence and rioting at our Nation's Capitol on January 6th, 2021.  I was and I still am very deeply saddened and shocked that my friend DJ was involved. I sincerely wish that he hadn't been.

Looking forward, I still do have hopes for DJ Shalvey's future endeavors because of his honesty, kindness, love of family and his hard work. I believe DJ Shalvey will work to build a successful future and I have the highest confidence in his ability to become an upstanding member of society and for him to give back to his community.

I understand that the penalty for his offences can be quite severe.  However, I'm really hoping for mercy for my friend DJ, who I care a lot for. Based on my interactions with DJ since the event and based on the DJ that I know and love, I believe whole heartedly that DJ Shalvey deeply regrets and feels extremely remorseful for his actions and for the harm that he has caused during the January 6th insurrection.

Supporting a friend during tough times is not easy, but I believe I am a friend who is there during the good times and the bad. I intend to support DJ when and if he needs my help to stay on the right track going forward.  I hope that he will reach out to me if he ever needs help with anything or if he needs any advice.  I do intend to check in on him periodically to let him know he has my support and my continued friendship.

Thank you for your consideration and please do not hesitate to contact me for a verbal or in person testimony.

Very Respectfully,

John B. Hughes CDR USN (ret)
1241 Murdoch Rd.
Pittsburgh, PA 15217

412-499-2238
412-681-3217
Johnhughes6277@gmail.com

2

The Honorable Timothy J. Kelly                                    January 8, 2023
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N.W.
Washington, DC 20001

**RE: United States v. Dale Jeremiah Shalvey; 1:121-cr-00334-TJK**

Dear Judge Timothy J. Kelly:

I am writing to you as a character reference for Dale Jeremiah "DJ" Shalvey.

I am Professor Emerita of Physics and Astronomy at the University of Pittsburgh. I have lived in
Pittsburgh for over 30 years and worked as Ph.D. astrophysicist at the University of Pittsburgh
for 25 years until my retirement in 2017.

I have known DJ since about 2009. I had regular interactions with DJ until he moved away to
Colorado a couple of years ago. I consider DJ to be my friend, and this is why I want to testify to
you about his good character traits.

In my testimony I would like to express that I consider DJ to be a trustworthy friend.

DJ and I share a passion for rock climbing; and it is through rock climbing that I met him. I first
met DJ in the small town of Seneca Rocks, WV, by the rock cliff of the same name. DJ and I
subsequently rock climbed together at Seneca Rocks. Rock climbing inspires strong feelings in
climbers. A climber absolutely must be able to trust their climbing partner, in their judgement,
and their technical ability. I have felt this strong trust in DJ, and I continue to consider him my
trustworthy friend. I'd like to describe to you what it is like to scale a 900-foot cliff on
traditional climbing gear. One person leads, and the other person follows. You are attached to
each other by a rope, which prevents you from falling to the ground if you should slip. At all
times, each of the climbers has the other person's life in their hands. You have to focus, pay
attention, and take extreme care with what you are doing. Having climbed thus with DJ, I not
only trust him, I trust him with my life!

I also consider DJ to be a compassionate leader.

DJ and I have spent many weekends together in a group of friends, especially from the
Explorers Club of Pittsburgh. We shared great camaraderie in the outdoors. DJ volunteered his
rock-climbing skills for the Explorers Club of Pittsburgh, to help out other, newer climbers,
leading them on rock climbs. He not only gave his time to the Club, but he also paid for his trips
and the overnights stays that the volunteering required. Most importantly, he took on personal
responsibility for the safety of the new climbers, for whom he led and provided a safe as well as
enjoyable experience.

1

One climbing season, DJ brought along his young nephew on a few camping and climbing outings. He explained to us that the young man was having a difficult time with his life. DJ hoped that being in the outdoors, getting plenty of exercise, and meeting us, would be beneficial for the young man. I thought that was especially compassionate and thoughtful of DJ, and witnessed how he was very caring about his young relative's future.

I think that DJ is a highly skilled, ethical, and reliable worker, who prides himself in doing quality work.

I have seen DJ build two businesses. He had a wood business in Wheeling, WV, which I visited. DJ was extremely proud of his work, especially building wooden tables. We have one of his smaller solid wood tables in our living room, and it is a beautiful work of craftsmanship. Sadly, DJ did not succeed with his wood-working business in Wheeling. DJ later built a support for the wooden deck of our house, when it seemed that our deck might collapse, and we asked him for help when we had trouble finding a contractor. He also built a wooden yard fence for our property. We are grateful for his help.

DJ then began to work as a farmer. He was very proud of the way the chickens were raised at the farm, as well as entrepreneurial in selling the farm's products in Pittsburgh, PA. For example, he sold the chickens at our rock climbing gym, as well as the local food co-op, thus building a customer base for his new endeavor. My husband and I purchased many fresh chickens and eggs from DJ; and we enjoyed eating his products just as much as he appeared to enjoy and feel pride in the way he was raising the animals.

I lost touch with DJ a few years ago when he moved to Colorado with the goal to re-enter school and to eventually pursue dental school. I was very happy for him since I am an academic and value education. My husband and I were sad to see DJ leave, but we really wished him to succeed on this new path.

Then, about two years ago, I heard the news about DJ's involvement in the attack on the United States Capitol Building. I heard this first from other rock climbers. Many who shared the news immediately distanced themselves from DJ, but I did the opposite, I reached out to him because he is an old friend.

I feel that the insurrection at the Capitol was an assault on democracy. I believe in democracy and in my opinion, the mob that assaulted the Capitol assaulted democracy. Most severely, people died in the Capitol Riot and many officers were injured. I view DJ's participation in the insurrection, and in particular his assault of an official, as an extremely serious crime.

Political opinions have in recent years, divided friends and family. It is often hard to continue to see the person on the other side of the divide. I reached out to DJ because he is my friend, and because this friendship made me want to support him no matter what his political opinion and what crimes he had done. DJ told me during several phone conversations, about the

2

circumstances that led him to participate in the assault on the Capitol, and that he regretted deeply what he did and that he wished he would have done things differently. He also told me that he wished his now wife, Tara, would not have been there. He told me that he felt guilty and remorseful, and that his character demanded of him that he would cooperate with the FBI.

We also talked on the phone about our long friendship and all the good memories; and DJ invited my husband John and I, to his wedding in North Carolina. We were pleased to find both DJ and Tara were working hard continuing to build their home and their business; and we gave them a wedding present to further help them establish their household. Their wedding was a joyous occasion, in spite of the uncertain future they were facing as a result of their crimes. My interactions with DJ at his wedding convinced me that DJ regrets what he did and would rather live his life productively and peacefully, as a husband and farmer and a member of his community.

As you come to your decision about DJ's sentencing, I am offering my testimony in support of my friend DJ, and ask you that you consider DJ as a whole person, with all of the good character traits DJ has.

Thank you for having read this letter. If you require additional information or clarification, please, let me know.

Respectfully,

Schulte — Ladbeck

Professor Emerita Dr. Regina E. Schulte-Ladbeck
1241 Murdoch Road
Pittsburgh, PA 15217-1234
(412)-681-3217
RESLscience@gmail.com

3

The Honorable Timothy J. Kelly
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N.W.
Washington, DC 20001

**RE: United States v. Dale Jeremiah Shalvey; 1:121-cr-00334-TJK**

Dear Judge Timothy J. Kelly:

Dale Jeremiah Shalvey, known to me as DJ, has been a family-like acquaintance following our introduction in the summer of 2019. We both showed up and moved into a house together on a farm in the Shenandoah Valley of Virginia, selected as interns to work and learn the regenerative farming management and lifestyle that has the potential to heal our ecologies, communities, and bodies. This is a passion that DJ and I share and one that DJ has shouldered as a life's work. Myself, a barely legal drinking age aerospace engineering college student from Oklahoma, and DJ, a 30-something seasoned arborist, tradesman, and thinker, would seem to be an unlikely pair. Yet, DJ became nothing short of a mentor to me, and this young college student latched on to his lectures, both orated and demonstrated in his daily life, about living a life of purpose, being a man of Christ, and living in an upstanding American way. Since our introductory summer, we have continued to share many cherished moments and conversations as DJ has offered his support and guidance as I graduated, became married, started my own heavy equipment repair facility, and started my own farming ventures for my community in Oklahoma.

Since I have known DJ, he has been abundantly clear regarding his calling in life to mentor young men, especially the fatherless, and build community through the tangible, honest, and dedicated work of farming and the trades, a cornerstone of America often lost and forgotten today. You see, DJ is long-suffering and has lived half of a lifetime in preparation for his calling, carrying the burden of being a fatherless young man himself, mastering several trades around the country, and brightening people's lives and communities along the way. Something about DJ that has always spoken powerfully to me are the tribulations and challenges that he has overcome to get to where he is now through his dedication and drive, and I find that so empowering.

DJ is one of the most nimble and well-read thinkers that I get to call my friend. As a reader, I generally pride myself on my knowledge and comprehension, but when engaged in an intellectual banter with DJ, I find myself hardly able to keep up. He has worked so feverishly for the things that he has achieved, and still intends to accomplish, that he has racked up what seems like more than one life's worth of successes, failures, and everything in between that make him such a well-rounded, resourceful, and extremely mentor capable character.

DJ is an all-in kind of guy. If he's going to do something, it's going to be big. There's the saying, "Shoot for the Moon, and even if you miss, you'll land among the stars." That's DJ, except he's shooting for Pluto, and if he misses, he's like the Voyager satellite looking back from

interstellar space. When we lived together in Virginia, I told DJ I wanted to learn/try some real rock climbing outside of a gym. Two days later, he showed up with an entire arsenal of climbing gear, and the very next weekend I was standing on top of Seneca Rocks in West Virginia. No questions asked, he was all in and wanted to see that experience through for me. When a pipeline was being run through his local area, he didn't procure just a few logs for his sawmill operation. He stacked up all of them and ended up selling lumber locally and as far away as New Zealand. He was all in. Whenever I call on DJ for advice or thoughts on matters or have needed his help, he is all in with no reservation. So, I have no doubt that when his young mentees and local community needs his help, he will be there for them. No questions asked, he will be all in.

DJ is a person of extreme personal sacrifice and will do what it takes to meet the expectations or needs of all of those around him. When we were farming in Virginia, he would visit his girlfriend, now expecting wife, Tara on some weekends to help with her farming operation in Pennsylvania. We would all go to bed on Sunday nights without DJ present thinking that he was going to miss work at 6:00 come Monday morning. At sunrise the next day, he was generally the first person down at the farm ready for work after driving through the night each time. Working all weekend doing farm labor and driving through the night to start a week's worth of stacking 80 lb hay bales in the hot sun is something that only a person of commitment and sacrifice can physically stand to do. This is a big part of the reason DJ is so successful in mentoring those around him. He is willing to make the big sacrifices necessary to see them succeed. A great leader is a servant one.

DJ is a person of extreme ownership. He is very open about his shortcomings, his demons, and his personal struggles. And, he is very honest and intentional about constantly moving forward and facing these things. He doesn't look for excuses, he owns them. He has made this clear in our conversations regarding his involvement in the January 6th events. He recognizes his mistake and recognizes that he made the wrong decisions and actions. He owns his guilt and understands this is his alone to carry. DJ is remorseful of the actions that he has taken, less perhaps for his own sake and more for those that his choices affect and the jeopardy that has been placed on his farming, faith, and ministering missions. He recognizes that his first child could be fatherless because of his actions. I can only imagine how heavy that must weigh on a fatherless person himself who has taken up the passion of being quite the opposite, a father figure to those in need of one.

Finally, DJ is a Christian of strong faith and conviction. Aside from those in my life dedicated to theology, DJ is one of the most well read on the contents and teaching of the Bible that I personally know. He is always quick with a verse or a lesson to explain a situation, provide encouragement, or share Christ with others. Knowing verses and parables does not just qualify one as a great Christian, however. The Bible calls on us to live Christ like, loving our fellow man and serving the least among us. I believe I have highlighted in the preceding paragraphs just how DJ does this and will continue to do so. Love is not a feeling but an action, and DJ has acted in love to those around him in nearly all of my experience.

I greatly appreciate your time and dedication to reviewing this letter on DJ's behalf. Why DJ allowed himself to descend to the level of his January 6 actions is something I may never fully comprehend, but I hope I have made it clear all of the good that he has done, is doing, and will continue to do for others, his community, and this country. DJ has made clear the regret of his actions, and while this regret and my letter does nothing to excuse or justify those actions and decisions, I write to you and the Court with a plea for leniency, considering this attempt to share the DJ that myself and many other Americans know in your deliberation. I can only ask that you consider just how many lives, like mine, DJ and his exuberant passion have yet to touch and be the desperately needed force for good.

Thank you for your time, and please contact me if there are any further questions.

Respectfully,

Ethan Lane
7108 SW Logue Chapel Rd
Geronimo, OK 73543
Cell: 580-583-9464
ethantlane@outlook.com

The Honorable Timothy J. Kelly
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N.W.
Washington, DC 20001
RE: United States v. Dale Jeremiah Shalvey; 1:121-cr-00334-TJK

Dear Judge Timothy J. Kelly:

I am writing concerning Dale Jeremiah (DJ) Shalvey and his pending sentencing.  I am a longtime friend (20 years) of DJ's as we have many shared interests that include outdoor adventure, organic regenerative farming, homesteading, woodworking and most significantly our shared Christian faith.

Our friendship over the years was always positive, but contact would ebb and flow depending on his residence and pursuits.  I have always had a soft spot in my heart for DJ and saw him as a good hearted human being who was trying his best to do the right things in life.

DJ has always been a hard worker, and has excelled in whatever he put his hands to.  Whether outdoor leadership, farming, wood working, etc..  He is smart and driven toward excellence and I have always admired that about him.  He also has consistently desired to act with integrity.  I've always admired that about him as well.  Unfortunately, over the years, I have also witnessed him fall short of his own ideals from time to time and behave inconsistently with what I know he believes is right.

That being said I would never have expected him to participate in the events that took place at the Capitol building on January 6th.  It was a shock when I found out that he was there, and I still find myself in disbelief.  There has been nothing that I have seen in him over the past 20 years that would even indicate the capacity for criminality or violence.

I have not had contact with DJ since a few days after the incidents for which he is being sentenced, so my understanding of the specifics of his case is limited, although I am aware of the larger incident and the seriousness of the situation.  It saddens me that such a quality human being got caught up in the events that transpired on the Capitol grounds.

Your Honor, it is my sincere belief that DJ is a good man who made a very serious mistake.  Being a pastor who has counseled countless people, I am confident that the roots of that mistake can be traced back to the absence of his father in his life.  As he and his wife are on the precipice of bringing a child into our world, I respectfully ask that you would consider the generational impact of his sentence.  Growing up without a father present, especially in the formative years, can be developmentally and emotionally devastating, and so I humbly ask that you show mercy and leniency in his sentencing so that his child would not grow up with the same heartache and challenges that DJ had.

Knowing DJ as I have I am excited for his future in farming and the adventure of family that lie ahead for him.  I believe if given a chance here, he will be a positive and contributing member of our society.

Respectfully,

Chris Figaretti
1289 Washington Farms
Wheeling, WV. 26003
304-215-1818

U.S. District Court for the District of Columbia

E. Barrett Prettyman U.S. Courthouse

333 Constitution Ave., NW

Washington, D.C. 20001


RE: United States v. Dale Jeremiah Shalvey; 1:121-er-00334-TJK


Dear Judge Timothy J. Kelly:


I have known Dale Shalvey for two years. I met him after he bought a farm in our area and moved here. Our family interacts with Dale and his wife, Tara, on a weekly basis. Although he openly shared this case with us initially, we do not discuss it regularly. Because I work with teenagers and Dale often helps teens learn skills on his farm, our discussions are generally centered around my students and youth in our church. He has such a loving concern for the youth in our community and interacts with them by teaching them practical ways to work with animals and plant crops. He is thoughtful and understanding as he guides them through each detail. Our students have learned how to prepare chickens for cooking and various ways to plant fields. They have learned how to saw wood and build small building. To often troubled teens, Dale offers a listening ear and a steady hand as he teaches them abilities they will be able to use for their lives.


When Dale first discussed the case with me, he expressed his sadness for the fact that he had overreacted when he was inside the Capitol. He has been truly sorrowful that he even went into the building that day. He only entered because his fiancée had never been to Washington and wanted to see inside the building. They truly thought it was open for visitation. Dale is very aware that he is responsible for the actions that he took on January 9th and that what was done was illegal resulting in serious consequences.


I will personally support your decision for this young man and help his wife and new baby weekly as he fulfills the consequences for his actions. He is trying to get his farm ready so the neighborhood can help maintain his business and support his family during this difficult time. Thank you for your consideration.

Respectfully,

*Vicki P. Gruver*

Vicki P. Gruver

2360 13th Street Place Ne

Hickory, NC 28601

(828)446-6726

The Honorable Timothy J. Kelly
U.S. District Court for the District of Columbia
E. Barrett Pettyman U.S. Courthouse
333 Constitution Ave. N.W.
Washington, D.C. 20001

RE: United States v. Dale Jeremiah Shalvey; 1:121-cr-00334-TJK

Dear Judge Timothy J. Kelly;

My name is David Gruver and I am a retired school administrator. I am writing on behalf of Dale Jeremiah Shalvey. I have known Jeremiah for over two years. I first got to know him when he started attending our church. Jeremiah has relatives in the area and he brought a farm near the church. I was raised on a farm and have enjoyed helping Jeremiah on the farm.

Jeremiah worked in various related jobs until he was able to buy this 30 acre farm. I have been very impressed with his agricultural knowledge and his hard work. He not only loves farming but he wants to use the farm to help others in the community. He is often having people over to show them practical skills and help in whatever they need. He helped me build in my basement.

In regard to the trouble that Jeremiah is in. I didn't know about his involvement in January 6th until fairly recently. I think he was too ashamed and embarrassed about his involvement to tell people. I know that he greatly regrets his actions that day. I don't think he will ever do anything like that ever again. I know that I and many others in this community consider him a friend and will continue to  be involved in his life. One of my greatest concerns is that Jeremiah's wife, Tara, is expecting a child any day now. For Tara to run a farm with a newborn baby will be hard. I know that some of us are willing to help out but still it will be difficult.

Respectfully,

*David A. Gruver*

David A. Gruver
2360 13th Street Drive NE
Hickory, NC 28601
828-446-7722

The Honorable Timothy J. Kelly
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N.W.
Washington, DC 20001

**RE: United States v. Dale Jeremiah Shalvey;1:121-cr-00334-TJK**

Dear Judge Timothy J. Kelly:

I had the privilege of knowing and walking alongside D.J. Shalvey for two years as his pastor, spiritual advisor, and friend. During this time, D.J. has spent countless hours in my living room discussing everything from faith to farming to future plans and dreams. As someone who knows D.J. well, I can say without hesitation that he is a young man of great aptitude, resilience, moral character, and integrity.

The fact that my wife and I have never hesitated to entrust our children to D.J.'s care (i.e., he and his wife were at the top of the list of their favorite babysitters when they lived nearby) certainly speaks volumes to the confidence we have in D.J.'s personal integrity and his strength of character. Holistically speaking, we have seen the caliber of man that D.J. is. We have seen that he is a man of principle who can be trusted. We have seen that he is a man of service who is always ready to roll up his sleeves and lend a hand to others. We have seen that he is an entrepreneur, with visions of a thriving farm business, a loving family, and even a mentored youth program to invest and give back to the community.

I know very little of the circumstances that have precipitated the charges now facing D.J. What I do know, however, is that those isolated events do not truly reflect his nature, nor do they reflect his true character. I hope and pray that these sentiments are taken into consideration as a decision is being reached.

Respectfully,

*Zebulun Thomas*

Zebulun Thomas
42 Morgan Avenue
Washington, PA, 15031
724-678-0100



The Honorable Timothy J. Kelly
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N.W.
Washington DC 20001

RE: United States v. Dale Jeremiah Shalvey; 1:121-cr-00334-TJK

Dear Judge Timothy J. Kelly:

My name is David Gruver, and I am the lead pastor at New Life Authentic Christian Community in Conover, North Carolina. My family and I have lived in this area for thirteen years, and I have had the privilege of serving our community as a pastor, teacher, principal, and coach.

I met Dale a little less than two years ago. He had purchased a farm near our church and was fixing it up in anticipation of his upcoming wedding. I was introduced to him through a mutual friend and took him to lunch as a way of welcoming him to our neighborhood.

One of the first things that struck me about Dale was his passion for genuine community. Our first conversation revolved around his deep desire to use the farm to minister to young men who have not had a positive role model in their lives. He also spoke about his aspiration to create a place where veterans who are suffering from PTSD could find peace and healing. As we walked his property and talked, I discovered that Dale is a man who is passionate about putting down deep roots and working hard to better the world around him.

Over the next couple of months, Dale and his fiancé became more and more involved in our church. Very early on, Dale asked to meet with me and shared his involvement in the January 6th demonstrations and the resulting charges. In light of the fact that they were becoming an integral part of our community, he wanted to be very up front and honest with me about what had happened. I deeply appreciated his honesty and humility. While I fully understand the seriousness of these charges and in no way condone the decisions that Dale made, I also see a quality of character in him that belies the choices of that particular moment. He spent much of that conversation weeping and expressing deep remorse for what he viewed as one of the biggest mistakes that he has ever made.

Over the last year and a half, I have gotten to know Dale as a parishioner, neighbor, and friend. I have watched him work incredibly hard to build something that brings value and purpose to our community. His farm has become a place to learn new skills and gain valuable



knowledge. Over and over again, I have seen him drop what he is doing in order to help out a fellow church member or neighbor. He has taken my young sons under his wing and has taught them skills that will enable them to become industrious contributors to the world around them. He has shared his farming expertise with his neighbors and friends and has allowed them to develop a vision for a better and healthier lifestyle. I tell you all of this in order to share this reality: Dale is a cherished and beloved member of our local community. His hard work, generosity, and loyalty have endeared him to us, and he has earned our support and trust.

Because I am his pastor, I have had multiple conversations with Dale about the events of January 6th. He has always articulated sincere sorrow and regret for the choices that he made on that day. As someone who counsels people on a regular basis, I genuinely believe that his expressions are neither contrived nor merely the result of "getting caught". Dale truly wants to move forward as a productive member of society and has done everything in his power to do so. In light of this reality, I would humbly ask the Court to show mercy when imposing its sentence. I believe that Dale still has much to contribute to our society, and want to see him maximize his potential as both an individual and as a citizen.

As a church, we pledge to support Dale in any way that we are able. We believe in the quality of his character and his potential to become a pillar in our community. We pledge to come alongside him to help provide a network of accountability, encouragement, and wisdom.

Thank you for the opportunity to speak on Dale's behalf. If you have any questions or concerns, please feel free to contact me for clarification.


Respectfully,

David C. Gruver

1031 33rd Ave. Loop NE, Hickory, NC 28601

(828) 320 - 2198



The Honorable Timothy J, Kelly
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N.W.
Washington, DC 20001


RE: United States v. Dale Jeremiah Shalvey; 1:121-cr-00334-TJK


Dear Judge Timothy J. Kelly:


My name is Dennis Scott Bell.  I am 48 years old and have lived in Newton, NC for 16 years, and I have been an Associate Pastor at a church, New Life Authentic Christian Community, for 12 years.

I first met Dale Jeremiah Shalvey some 2 years ago when he began attending services. At the time he was in the process of moving his pastured poultry farming operation from Pennsylvania to North Carolina.  I quickly became acquainted with him as I assisted with the relocation of his business. I traveled with him to Pennsylvania to help gather equipment and drive one of his farm trucks back to North Carolina.  I also helped him get his business started by occasionally assisting with the operations of the farm and the building of infrastructure.

Since our first meeting 2 years ago, Shalvey has been regularly and consistently involved in our church and has become a valuable participant of our congregation.

As one of our parishioners, I have had the privilege of learning some of his life's story. When he was a boy, he was quickly thrust into the position of a caregiver.  His father was mostly absent from his life.  However, when his father did appear, he was often drunk and physically abusive to the family.  His mother was an addict.  More than once, Shalvey resuscitated her when she overdosed.  He went to work at an early age to help support his mother and younger sister. Sadly, he had to care for young nephew for a period while his sister, the boy's mother, battled with her addictions.

He is a person who does things with excellence and does not shy away from hard work. He became skilled in the difficult trade of tree trimming.  Later, he became a craftsman of fine furniture and a sawmill operator.  Most recently, he has become a farmer.  He provides the utmost care for all his livestock, pets, and poultry.  His birds are of the highest quality.

It has been a pleasure to participate in his life since his arrival in North Carolina.  New Life Authentic Christian Community has celebrated with him in his marriage to a lovely and



gracious woman.  We have grieved with him in his mother's cancer diagnosis and the tragic loss of a late-term unborn baby.  Now, as of the writing of this letter, we wait with eager expectation of the imminent birth of a new child.

He has been forthcoming, honest, and transparent with the pastoral staff concerning his activities in the events of January 6 at the Capitol.  He has sought and received professional mental health counseling since becoming part of our church.  He strives to develop himself spiritually and has a heart to serve others.  His vision is to use his farm to teach life skills to the fatherless.  He has already been teaching adults, showing them how all of creation works in harmony with itself and how humans can sustain themselves without disrupting this harmonious process.

Thank you for taking the time to read this information.  If you have any questions, please feel free to contact me.

Respectfully,

*D. Scott Bell*

D. Scott Bell
1008 Sprucewood Lane
Newton, NC 28658
1-828-446-2343

January 18, 2023

The Honorable Judge Timothy J. Kelly
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

RE:  United States V. Dale Jeremiah Shalvey; 1:121-cr-00334-TJK
     Character Reference Letter for Dale Jeremiah Shalvey

Dear Honorable Judge Kelly:

I live in Wheeling, West Virginia, where I moved from New York City eleven years ago.  I'm 57 years old, and received an MBA from Harvard and an industrial engineering degree from the University of Arizona.   In Wheeling, I created a non-profit, local food initiative that has invested almost five million dollars of federal, state and foundation funds to bolster food security and nutritional literacy in this post-industrial Appalachian region.  This initiative is called Grow Ohio Valley, and it now employees about 12 full time and 20 part time workers.

I met Mr. Shalvey around 2013, when he volunteered his time and construction expertise to build a community greenhouse.  He had recently returned to his hometown: he was interested in a burgeoning movement taking place in Wheeling at that time - a  citywide effort seeking positive change, with hope to stave off the inertia of its post-industrial decline (Wheeling was once celebrated as the "gateway to the west," and had becoming a destitute place where young people left, never to return).  Mr. Shalvey soon became recognized as a talented and highly sought after wood worker, making custom whole slab wood furniture, such as polished executive conference room tables.  Around 2014, his contributions were acknowledged through winning the local "Show of Hands" crowd-sourced funding prize, and he was featured in a cover article within IN Wheeling Magazine.

Over the following three years, we kept in semi-regular contact, meeting sometimes at local pubs on roughly a quarterly basis.  During this time, I witnessed Mr. Shalvey searching for an avocation that suited him.  His love for making furniture had become tarnished by the burdens of satisfying customer communications and managing his business, and he grew unfond of the attention that came with his success.  Around then, he left Wheeling for some period of time to pursue other possibilities.  I remember that he built a live-in van and travelled to the western states to rock climb (he is an accomplished climber), and he considered building vans for other people as a career, and that he moved to Colorado to pursue dental school, neither of which panned out favorably for him.

Letter to Honorable Judge Timothy J. Kelly
Re. Character Reference Letter for Dale Jeremiah Shalvey
January 18, 2023
Page 2

After he returned to Wheeling, we began to meet on a monthly and sometimes twice monthly basis, either at restaurants or in my home to share meals, where I hosted him a handful of times. During this time, he shared with me his strong commitment to Christ, and often related interpretations of Bible verses to his present life experiences.  He also expressed his desire to find a life partner to settle down with, and his disdain for the 'hook-up' culture that he felt had become the norm within his generation.  During this time, he shared many details surrounding the challenges and heartbreak within his immediate family.  Like many Appalachian families, his was ravaged by drug addictions and the challenging behaviors that come with it.  He tearfully expressed his commitment to provide a good role model to his nephew, who was living in the midst of despair with his relapsed sister.  I had learned from people that grew up with Mr. Shalvey in Wheeling that his family was terribly broken in his youth, that his mother struggled with addiction, and that he effectively raised himself for most of his childhood.

During this time, he expressed a commitment to becoming a full time farmer.  I had witnessed Mr. Shalvey's gentle and thoughtful animal husbandry when he raised meat and egg chickens. He had innovated methods for sustainably raising birds, and expressed the benefits of kind treatment of animals and prayer upon butchering them, which he shared during educational workshops that he hosted.  Sometime during this period, he was selected for a competitive internship at venerated sustainable farmer and author Joel Salatin's Polyface Farm in Virginia's Shenandoah Valley.  Mr. Salatin espouses sustainable and local farming as a means to address our country's dangerously diminished food supply chain and continually eroded social fabric, which resonated strongly with Mr. Shalvey.  He seemed to have had a rewarding internship experience, reporting that beyond learning Mr. Salatin's farming systems, he had also successfully advocated for improving treatment of the interns at Polyface Farm.  While there, he met and fell in love with a woman, whom I believe he has since married.  After the internship, he set up successful farming operations in Pennsylvania, and became an important chicken and turkey supplier to markets in Pittsburgh, and the Public Market in Wheeling, a local food market that Grow Ohio Valley established.  My last communication with Mr. Shalvey was last winter. He informed me that he secured a farm in North Carolina, and asked if I would help him with possible grant funding for his operations.  Having known his dedication to farming, and the important role young farmers play in ensuring the success of our great country, I agreed to help, though no work was undertaken toward these ends.

Over the ten years I have known Mr. Shalvey, he demonstrated unfailing commitments to hard work and bettering his community and the people around him.  I've witnessed him struggle to identify his passion, and then to work hard to realize his goals by becoming a successful farmer and dedicated husband.  He always generously shared his knowledge with anyone interested, and many times I witnessed his kindness to others, and his special talent for connecting with and rearing animals.  I've known him to be deeply passionate about his interests, and to constantly learn new things to improve himself and those around him.  Never once did I hear him express any radical political ideas, or any desire toward insurgency.  To the contrary, he is deeply connected with nature, and many times expressed his love for God and his country.  I always admired his can-do entrepreneurial spirit, and his willingness to jump in and work hard when he

Letter to Honorable Judge Timothy J. Kelly
Re. Character Reference Letter for Dale Jeremiah Shalvey
January 18, 2023
Page 3

could help others.  Because of these qualities, I've always felt invested in his success, especially because of his commitment to sustainable farming, and my understanding of the critical need this fills in our communities.  Friends and colleagues of mine that met Mr. Shalvey have universally expressed admiration of and interest in him because of his high character and knowledge.  I found this particularly poignant given what he overcame in the difficult and unfair circumstances of his childhood, and the absent support from his immediate family, knowing that most people do not escape repeating the cycle of despair caused by parentless upbringings in families riddled with drug addictions.

Within this context, I was heartbroken to learn that Mr. Shalvey became involved in the thoughtless, passionate and criminal activities of January 6th.  Never would I have expected any action from him that hurt others like this.  This seemed outside of his character from my experience, and now I understand he stands accountable and could face significant prison time for his unmindful actions.  Given the struggles I've witnessed him endure, and the adversity I know he's overcome in life, it's a shattering prospect knowing his mindless actions during one day could reverse all that he's achieved and become as a man.  I know Mr. Shalvey is regretful of his actions and realizes they stand to unwind the dreams he worked so hard to achieve.

Your Honor, I pray you will find it appropriate to show leniency in Mr. Shalvey's sentencing.  I am confident that he stands to make significant contributions to his community and our nation at large wherever he resides, and that he would never again take thoughtless actions such as he did to find himself in this trouble.  I am willing to help him in any way that I can, including providing him a place to live if he needs one.  Please contact me if I can be helpful to you in anyway, or provide any clarification regarding this letter or any other matter.


Respectfully Yours,

Kenneth Peralta


2325 Chapline Street
Wheeling, West Virginia 26003
(646) 209-8559